UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAT WORLD, INC., d/b/a
LIDS TEAM SPORTS,

        Plaintiff,

   v.

KEVIN KELLY,

        Defendant.
_____/

NO. CIV. S-12-01591 LKK/EFB

A hearing on plaintiff's motion for a preliminary injunction is currently scheduled for July 23, 2012. The opposition or statement of non-opposition to the preliminary injunction is due on July 9, 2012.

On July 2, 2012, defendant filed an ex parte application to continue the preliminary injunction hearing. ECF No. 30. A hearing before the magistrate judge on plaintiff's motion for expedited discovery in this case is presently set to be heard on July 9, 2012. Defendant asserts that, given the July 9 discovery hearing date, defendant will not have time to review discovery before the opposition is due. Plaintiff filed a response to the ex parte

1

application, indicating that plaintiff is not opposed to continuing the hearing date, but requests that the court impose conditions on defendant regarding discovery. This court will continue the hearing on the motion for a preliminary injunction, but will leave all discovery matters for disposition by the magistrate judge. Accordingly, the court ORDERS as follows:

> [1] The hearing on plaintiff's motion for a preliminary injunction is CONTINUED to August 6, 2012 at 10:00 a.m.
>
> [2] Defendant SHALL file an opposition or statement of non-opposition no later than July 23, 2012. Plaintiff's reply, if any, is due no later than July 30, 2012.

IT IS SO ORDERED.

DATED: July 6, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT