IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAT WORLD, INC., d/b/a LIDS TEAM SPORTS,

      Plaintiff,

vs.

KEVIN KELLY,

      Defendant.
                             /

No. 2:12-cv-1591-LKK-EFB

<u>ORDER</u>

      On July 9, 2012, the undersigned heard on shortened time plaintiff's motion for expedited discovery. Dckt. No. 17; *see also* Dckt. Nos. 21, 29. Attorney Rebekah Kaufman appeared at the hearing on behalf of plaintiff and attorney Tracy Thompson appeared on behalf of defendant.

      As stated on the record, and for the reasons stated on the record, the motion for expedited discovery, Dckt. No. 17, is granted in part and denied in part, with each party to bear its own costs. Defendant shall respond to the discovery ordered at the hearing on a rolling basis, but no later than July 23, 2012.[1] Additionally, the parties shall meet and confer to agree on a date during the week of July 16, 2012 for defendant to depose a Rule 30(b)(6) representative

---

[1] Plaintiff also indicated in the parties' joint statement and at the July 9 hearing that it will respond to the expedited discovery requests propounded by defendant. Unless an earlier date was agreed upon between the parties, such discovery shall be produced on a rolling basis, but no later than July 19, 2012.

1  designated by plaintiff, and a date during the week of July 23, 2012 for plaintiff to depose
2  defendant.  Each deposition shall last no more than two hours and shall be held in San Francisco
3  (plaintiff's 30(b)(6) representative shall be deposed at defense counsel's offices and defendant
4  shall be deposed at plaintiff's counsel's offices).
5      SO ORDERED.
6  DATED: July 10, 2012.

   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE