Robert W. Horton (TN SBN 17417) (Admitted *Pro Hac Vice*)
  BHorton@bassberry.com
Justin A. Page (TN SBN 23815) (Admitted *Pro Hac Vice*)
  JPage@bassberry.com
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN  37201
Tel. (615) 742-6200
Fax (615) 742-6293

Attorneys for Plaintiff
HAT WORLD, INC. d/b/a LIDS TEAM SPORTS

Tracy Thompson (SBN 88173)
  tt@millerlawgroup.com
M. Michael Cole (SBN 235538)
  mmc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
KEVIN KELLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HAT WORLD, INC. d/b/a LIDS TEAM SPORTS,<br><br>             Plaintiff,<br><br>v.<br><br>KEVIN KELLY,<br><br>             Defendant. | Case No.: 2:12-cv-01591-LKK-EFB<br><br>**STIPULATION AND ORDER CONTINUING THE STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Complaint filed:  June 13, 2012 |

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE STATUS (PRETRIAL SCHEDULING) CONFERENCE**
Case No.: 2:12-cv-01591-LKK-EFB

Plaintiff Hat World, Inc. d/b/a Lids Team Sports ("Hat World") and Defendant Kevin Kelly ("Mr. Kelly"), by and through their respective counsel, hereby respectfully request that the Court continue the Status (Pretrial Scheduling) Conference (currently set for October 9, 2012) to **October 31, 2012**, or to a date thereafter that is convenient for the Court. This continuance is being requested because Tracy Thompson, lead trial counsel for Defendant Kelly, is scheduled to be in transit to Philadelphia on October 9, 2012, in order to participate in a settlement meeting in a Multi-District Litigation matter which, due to the number of participants, cannot be rescheduled.

Dated: September 27, 2012

BASS, BERRY & SIMS PLC

By: _____/s/ Justin A. Page_____
   Justin A. Page
   Attorneys for Plaintiff
   HAT WORLD, INC.

Dated: September 27, 2012

MILLER LAW GROUP
A Professional Corporation

By: _____/s/ Tracy Thompson_____
   Tracy Thompson
   M. Michael Cole
   Attorneys for Defendant
   KEVIN KELLY

**ORDER**

PURSUANT TO STIPULATION, IT ORDERED THAT the Status (Pretrial Scheduling) Conference be continued to November 5, 2012 at 2:00 p.m.  The parties shall file their status reports 14 days preceding the status conference.

Dated: September 27, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE STATUS (PRETRIAL SCHEDULING) CONFERENCE**
Case No.: 2:12-cv-01591-LKK-EFB