UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAT WORLD, INC., d/b/a<br>LIDS TEAM SPORTS,<br>         Plaintiff,<br>    v.<br>KEVIN KELLY,<br>         Defendant.<br>_____/ | NO. CIV. S-12-01591 LKK/EFB |
| HAT WORLD, INC., d/b/a<br>LIDS TEAM SPORTS,<br>         Plaintiff,<br>    v.<br>GREGG PISTOCHINI and<br>EASTBAY, INC.,<br>         Defendants.<br>_____/ | NO. CIV. S-12-02921 GEB/DAD<br><br><u>RELATED CASE ORDER</u> |

Examination of the two above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), as they involve some of the same parties, are based on similar claims, and involve similar questions of fact and some of the same questions of law. Accordingly, the assignment of the matters to the same judge

1

1  and magistrate judge is likely to effect a substantial savings of
2  judicial effort and is also likely to be convenient for the
3  parties.
4     The parties should be aware that relating the cases under
5  Local Rule 123 merely has the result that the two actions are
6  assigned to the same judge and magistrate judge; no consolidation
7  of the actions is effected. Under the regular practice of this
8  court, related cases are generally assigned to the judge and
9  magistrate judge to whom the first filed action was assigned.
10    IT IS THEREFORE ORDERED that, pursuant to Local Rule 123(c),
11 the action denominated 2:12-CV-02921-GEB-DAD is hereby REASSIGNED
12 to Judge Lawrence K. Karlton and Magistrate Judge Edmund F. Brennan
13 for all further proceedings, and any dates currently set in this
14 reassigned case only are hereby VACATED. Henceforth, the caption on
15 documents filed in the reassigned case shall be shown as 2:12-CV-
16 02921-LKK-EFB.
17    IT IS FURTHER ORDERED that the Clerk of the Court make
18 appropriate adjustments in the assignment of civil cases to
19 compensate for this reassignment.
20    IT IS SO ORDERED.
21    DATED: January 2, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2