1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  HAT WORLD, INC., d/b/a
    LIDS TEAM SPORTS,
11                                      NO. CIV. S-12-01591 LKK/EFB
              Plaintiff,
12
        v.
13
    KEVIN KELLY,
14
              Defendant.
15  _____/
    HAT WORLD, INC., d/b/a
16  LIDS TEAM SPORTS,
                                        NO. CIV. S-12-02921 GEB/DAD
17            Plaintiff,

18      v.

19  GREGG PISTOCHINI and                RELATED CASE ORDER
    EASTBAY, INC.,
20
              Defendants.
21  _____/

22      Examination of the two above-entitled actions reveals that

23  they are related within the meaning of Local Rule 123(a), as they

24  involve some of the same parties, are based on similar claims, and

25  involve similar questions of fact and some of the same questions of

26  law. Accordingly, the assignment of the matters to the same judge

1

1  and magistrate judge is likely to effect a substantial savings of

2  judicial effort and is also likely to be convenient for the

3  parties.

4       The parties should be aware that relating the cases under

5  Local Rule 123 merely has the result that the two actions are

6  assigned to the same judge and magistrate judge; no consolidation

7  of the actions is effected. Under the regular practice of this

8  court, related cases are generally assigned to the judge and

9  magistrate judge to whom the first filed action was assigned.

10      IT IS THEREFORE ORDERED that, pursuant to Local Rule 123(c),

11 the action denominated 2:12-CV-02921-GEB-DAD is hereby REASSIGNED

12 to Judge Lawrence K. Karlton and Magistrate Judge Edmund F. Brennan

13 for all further proceedings, and any dates currently set in this

14 reassigned case only are hereby VACATED. Henceforth, the caption on

15 documents filed in the reassigned case shall be shown as 2:12-CV-

16 02921-LKK-EFB.

17      IT IS FURTHER ORDERED that the Clerk of the Court make

18 appropriate adjustments in the assignment of civil cases to

19 compensate for this reassignment.

20      IT IS SO ORDERED.

21      DATED:  January 2, 2013.

22

23

24                          LAWRENCE K. KARLTON
                            SENIOR JUDGE

25                          UNITED STATES DISTRICT COURT

26